husband for medical expenses, property damage, and loss of services, caused by the negligence of the defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

## (December 17, 1945.)

JUDITH ADELMAN, Appellant, v. BENENSON REALTY CORPORATION, ETC., Respondent. JOHN E. PANTELIS, Appellant, v. BENENSON REALTY CORPORATION, ETC., Respondent. LAURO SODRE, Appellant, v. BENENSON REALTY CORPORATION, ETC., Respondent. ROBERT L. WHITE, Appellant, v. BENENSON REALTY CORPORATION, ETC., Respondent.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

KATHELEEN ADREANCE, as Executrix of JEREMIAH MURPHY, Deceased, Respondent, v. OIVIND LORENTZEN, as Director of Shipping and Curator of the Royal Norwegian Government, Operating as Norwegian Shipping and Trade Mission, et al., Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 987.]

TEE KA CHAY, Respondent, v. LAMPORT COMPANY, INC., et al., Appellants.— Motion for reargument denied, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 988.]

WILFRED V. EGAN, Individually and as Executor and Trustee under the Will of JOHN EGAN, Deceased, et al., Appellants, v. CARROLL-GARFIELD CORPORATION et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 998.]

In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. THEODORE S. SHOOKHOFF, an Attorney, Respondent.— Motion in disciplinary proceedings to confirm the report of Honorable CHARLES J. DODD, Official Referee. The proof before the Official Referee warranted the conclusion that the respondent was guilty of professional misconduct. (Judiciary Law, § 88, subd. 2.) The court confirms the report of the Official Referee as to the first charge but disapproves the report as to the second charge and as to the punishment recommended. In the light of all the circumstances disclosed by the record, the court limits its discipline to a censure, hereby administered. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

RAE KANZER, Respondent, v. HOTEL ST. GEORGE, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

JOSEPH NEMEROV et al., Appellants, v. EMPIRE POWER CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 989.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES STEELE, Appellant.— Motion to review judgment of conviction, vacate "an unlawful sentence," and for other relief, denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MUCCIOLO, Appellant, against WILLIAM E. SNYDER, as Warden of Sing Sing Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present —